CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 26 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 7:14CR00050 |
| | ) (CASE NO. 7:16CV81172) |
| v. | ) |
| | ) FINAL ORDER |
| | ) |
| MARIA PEREZ-CARRILLO, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, (See ECF No. 240) is **DISMISSED WITHOUT PREJUDICE** and is **STRICKEN** from the active docket of the court; the motion is hereby **CONSTRUED** as a motion for reduction of sentence under 18 U.S.C. § 3582(c); and is **DENIED**.

ENTER: This 26th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge